# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                           NO. 4:17cr00342-01 JM

CHRISTOPHER LEE JOHNSON                                DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on July 11, 2018, is hereby amended to reflect that the drug testing requirement is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 16th day July, 2018.

                                                     _____
                                                     JAMES M. MOODY JR.
                                                     UNITED STATES DISTRICT JUDGE